Randy Dominguez #06262-480
FCI Thomson
P.O. Box 1002
Thomson IL 61285

FILED
AUG 26 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

TO: United States District Court of the Western
District of Texas Midland/Odessa
ATTN: Clerk of the Court
200 East Wall Street, Room 222
Midland, Texas 79701-5217

RE: United States v. Randy Dominguez
Case No: 7:18-cr-000125-

Dear Clerk,

At this time I am requesting my entire case/work file and all available transcripts for the above styled case. The attorney for the case no longer practice law and there is urgency in obtaining the case/work file. I believe that there is a new discovery in said case which requires futher investigation.

Please forward all available information to the address above. I've enclosed a S.A.S.E. for your convenience.

Thank you in advance for your continued assistance.

Sincerely
Randy Dominguez
8-22-24

Randy Dominguez #06262-480
FCI Thomson
P.O. Box 1002
Thomson, IL 61285

QUAD CITIES IL PDC
2024

United States District Court
Western District of Texas Midland/Odessa
Clerk of the Court
200 East Wall Street, Room 222
Midland, Texas 79701

RECEIVED
AUG 26 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

79701352201

